UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX AROZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　　Respondent. | No.  2:21-cv-01934-TLN-KJN<br><br>**ORDER** |

　　　　Petitioner, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 27, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 16.)  On January 21, 2022, Petitioner was re-served with a copy to his current address.  Petitioner did not file objections to the findings and recommendations.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by

the magistrate judge's analysis.  Thus, Petitioner's motions for stay are granted.

However, on June 13, 2022, Petitioner filed a notice that his state habeas petition was denied by the California Supreme Court on June 1, 2022.  (ECF No. 19.)  Therefore, this action was stayed from October 21, 2021, through June 13, 2022, the date Petitioner filed his notice.  The case is remanded to the magistrate judge for further proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 27, 2021, (ECF No. 16), are adopted in full;

2. Petitioner's Motions for Stay, (ECF No 1, 3), are GRANTED;

3. This action was administratively stayed from October 21, 2021, through June 13, 2022; and

4. This action is remanded to the magistrate judge for further proceedings.

**DATED:  July 18, 2022**

Troy L. Nunley
United States District Judge

2