IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX AROZ,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　　　　　　　Respondent. | Case No. 2:21-cv-1934 TLN KJN P<br><br>[PROPOSED] ORDER |

　　　Petitioner is a state prisoner proceeding pro se.  On September 13, 2022, respondent filed a request to seal certain confidential records.  Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal fifteen pages of sealed state court filings, and a fifteen-page confidential probation report.

Dated: September 15, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/aroz1934.sea