IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX AROZ,** | Case No. 2:21-cv-01934 TLN KJN P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **PATRICK COVELLO,** | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se. Respondent filed a motion requesting an extension of time to file an answer. Considering Respondent's request, and good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's motion (ECF No. 30) is granted; and

    2. Respondent shall have an additional 60 days, to and including November 19, 2022, to file a response to the petition for writ of habeas corpus.

    Dated: September 19, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/aroz1934.ext