UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX AROZ, | No. 2:21-cv-1934 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Thus, petitioner's motion is denied without prejudice. If petitioner requires additional time to access the law library or file his traverse to respondent's answer (once it is filed), petitioner may file a request for extension of time to do so.

////
////
////
////

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 24) is denied without prejudice.

Dated:  September 20, 2022

/ aroz1934.110

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE